## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REXEL USA, INC. d/b/a <br> GEXPRO, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ITS SOLAR, LLC, and <br> RICHARD C. SCHMIDT, JR., <br> an individual, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:21-cv-01456 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### COMPLAINT FOR BREACH OF PROMISSORY NOTE

Plaintiff Rexel USA, Inc. d/b/a Gexpro, by its attorneys Schoenberg Finkel Beederman Bell Glazer LLC, as its complaint against defendants ITS Solar, LLC, and Richard C. Schmidt, Jr., states as follows:

### Parties

1. Plaintiff Rexel USA, Inc. d/b/a Gexpro ("plaintiff") is a Delaware corporation that supplies electrical parts and components for electricians and contractors as well as large industrial organizations. Plaintiff is incorporated under Delaware law and maintains its principal place of business in Austin, Texas. Plaintiff is a citizen of the states of Delaware and Texas.

2. Defendant ITS Solar, LLC ("ITS Solar") is an Illinois limited liability company that transacts business in the solar energy industry, including in the Southern District of Illinois. ITS Solar has only two members, Richard C. Schmidt, Sr. and Richard C. Schmidt, Jr. both of whom are Illinois citizens.

3. Defendant Richard C. Schmidt, Jr. ("Schmidt") resides in Illinois. Schmidt is a citizen of Illinois.

**Jurisdiction and Venue**

4. The Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, because: (1) the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and (2) complete diversity exists between the parties.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (2) because ITS Solar transacts business in this district, Schmidt resides in this district, and a substantial portion of the events or omissions giving rise to this action occurred in this district, including making of the promissory note on which this action is premised.

6. On or around September 23, 2020, for value received, defendants made in Waterloo, Illinois, and delivered to Rexel, as payee, their promissory note (the "Note") in writing; which Note provides in pertinent part, as follows:

> For value received, the undersigned ITS Solar, and Rick Schmidt Jr., jointly and severally (each a "Maker" and collectively, the "Makers"), promise to pay to the order of Rexel USA, Inc., at Attention Brian Wright, 14951 Dallas Parkway, Dallas, TX, 75254, or at such place as the holder of this note may designate in writing the principal sum of Two Million, Eight Hundred Fifty-Six Thousand, Eight Hundred Ninety-Seven Dollars and Sixty-Two Cents ($2,856,897.62), together with interest at the rate of 3% per annum from the date hereof.
>
> Payments are to be made in the following method: Sixty consecutive monthly payments of not less than $51,334.71 each, beginning November 1st, 2020, and continuing the 1st day of each month thereafter until fully paid.

A true and accurate copy of the Note is attached to this complaint as Exhibit A.

7. The Note provides that "[a]ll unpaid principal hereunder, together with all accrued and unpaid interest, shall become immediately due and payable upon written notice to such effect and without other presentment, demand, notice or protest (all of which are expressly waived) on the happening of any one or more of the following events of default" including "[i]f

the Makers shall default in the payment of any installment of principal and interest when due and such default shall continue for a period of ten (10) business days."

8. The Note further provides that "[u]pon the happening of an event of default, the Makers shall pay interest at the rate of five percent (5%) per annum on any unpaid principal and on any overdue interest until the obligation of the Makers with respect to the payment thereof shall be discharged in full."

9. The Note further provides the defendants "shall pay to the legal holder hereof all costs of collection incurred by the legal holder hereof in enforcing this Note, including, without limitation, all court costs and reasonable attorney's fees."

10. Plaintiff holds and owns the promissory note.

11. More than ten days has passed since defendants have defaulted on their obligation to make payments under the Note. Despite repeated demands by plaintiff, defendants have refused to pay the principal balance together with interest thereon in full and, in fact, have failed to make any payment on the Note at all, leaving the principal balance of $2,856,897.62, plus interest due.

12. As of October 5, 2021, there is due and owing plaintiff principal, interest, late charges and loan fees in the amount of $2,983,371.42, which amount continues to accrue interest.

13. To collect the unpaid balance under the promissory note, plaintiff has had to incur attorney's fees and legal expenses.

WHEREFORE, Plaintiff Rexel USA, Inc. d/b/a Gexpro respectfully requests that this Honorable Court enter judgment in its favor and against defendants ITS Solar, LLC, and Richard C. Schmidt, Jr., jointly and severally, in the amount of $2,983,371.42, plus interest, and reasonable attorneys' fees and court costs.

                                    Respectfully submitted,

                                    **Rexel USA, Inc. d/b/a Gexpro**

                      By:    /s/ *Richard M. Goldwasser*
                                One of its attorneys

Richard M. Goldwasser
richard.goldwasser@sfbbg.com
**SCHOENBERG FINKEL BEEDERMAN**
      **BELL GLAZER LLC**
300 South Wacker, Dr. Suite 1500
Chicago, Illinois 60606
(312) 648-2300