IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REXEL USA, INC. d/b/a GEXPRO Plaintiff, v. ITS SOLAR, LLC and RICHARD C. SCHMIDT, JR., Defendants, v. IMG ITS PAY, LLC Garnishee. | Case No. 3:21-CV-01456-NJR |

# WAGE GARNISHMENT ORDER

**ROSENSTENGEL, Chief Judge:**

Before the Court is Plaintiff Rexel USA, Inc. d/b/a Gexpro's unopposed Motion for a Wage Garnishment Order. (Doc. 60). On October 16, 2023, this Court entered judgment in favor of Plaintiff and against Defendant Richard C. Schmidt, Jr., in the amount of $2,000,000. (Doc. 52).

Plaintiff contends that Garnishee IMG ITS Pay, LLC, is Defendant's current employer. Plaintiff further states Garnishee pays Defendant wages in the amount of $2,403.85 per week, of which $360.58 is non-exempt and to be applied to the judgment. Thus, Plaintiff seeks an order directing Garnishee to remit payment to it in the amount of $360.58 per week, equal to 15% of Defendant's non-exempt gross wages.

Having confirmed the amount that Garnishee pays to Defendant in employee compensation, Plaintiff's motion is **GRANTED**. Garnishee is **DIRECTED** to pay $360.58 per pay period until such time as the judgment is satisfied or Defendant's employment with Garnishee ends, whichever occurs first.[1]

Payment is to be made to Schoenberg Finkel Beederman Bell Glazer, LLC, Client Funds Account, via check, for the benefit of Rexel USA, Inc. Checks shall be mailed to Schoenberg Finkel Beederman Bell Glazer, LLC, ATTN: Richard Goldwasser, 300 S. Wacker Dr., Suite 1500, Chicago, IL 60606. Plaintiff is **DIRECTED** to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

DATED:  August 29, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**

---

[1] Garnishee shall send a check in monthly intervals to avoid the need for weekly mailings.